UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CONZALOS GLASCO, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:08-cv-1711-WTL-DML |
| ) | |
| CAPTAIN PRULHIERE, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/01/2009

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Laura Lee Bowker
laura.bowker@atg.in.gov

Akia Haynes
akia.haynes@atg.in.gov

Conzalos Glasco
DOC #890756
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168