**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| CONZALOS GLASCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:08-cv-1711-WTL-DML |
| | ) | |
| CAPTAIN PRULHIERE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

"Rule 60 regulates the procedures by which a party may obtain relief from a final judgment . . . . The rule attempts to strike a proper balance between the conflicting principles that litigation must be brought to an end and that justice should be done." 11 Charles Alan Wright and Andrew D. Liepold, **Federal Practice and Procedure** § 2851 (4th ed. 2008). "A Rule 60(b) motion permits relief from judgment [only] when it is based on one of six specific grounds listed in the rule." *Talano v. Northwestern Med. Faculty Found.,* 273 F.3d 757, 762 (7th Cir. 2001). A motion for relief from judgment pursuant to Rule 60(b) permits a party to seek relief from judgment on the grounds of mistake, inadvertence, excusable neglect, newly discovered evidence, and fraud. *American Federation of Grain Millers, Local 24 v. Cargill Inc.,* 15 F.3d 726, 728 (7th Cir. 1994). It also authorizes relief for "any other reason justifying relief from the operation of the judgment." Rule 60(b), **F.R.Civ.P.**

The plaintiff's motion to present evidence (dkt 67) is **denied**, because final judgment was entered in the action on December 2, 2009, because the court ruled on the defendants' motion for summary judgment only after the plaintiff had responded to such motion, and because the present motion does not seek relief based on any of the grounds specified in Rule 60(b).

**IT IS SO ORDERED.**

Date: 01/14/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Laura Lee Bowker
laura.bowker@atg.in.gov

Akia  Haynes
akia.haynes@atg.in.gov

Conzalos Glasco
890756
Westville Control Unit
5501 South 1100 West
Westville, Indiana 46391